UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TG NORTH AMERICA CORPORATION
and A. RAYMOND, INC.,

    Counter-Plaintiffs,

v.                                                   Case No. 02-73948
                                                 Hon: AVERN COHN

HONEYWELL INTERNATIONAL,
INC.,

    Counter-Defendant.

_____/

**SCHEDULING ORDER**

      This is a case involving indemnification claims arising out of a patent case. This order is entered to chart the future course of the case.

      1.    The parties shall provide the Court with a graphic display of the parties and the claims involved in the case.

      2.    The parties shall provide the Court with the docket numbers of relevant pleadings and papers.

      3.    Liability and damages are bifurcated. Liability shall be tried first.

      4.    Counter-plaintiffs shall file a motion for summary judgment within thirty (30) days. Defendant shall within thirty (30) days respond with a reply to the motion or a request to delay the filing of the reply until it takes discovery. Counter-plaintiffs shall have fifteen (15) days to file a response to the reply. Oral argument will be heard on the

motion on **Wednesday, June 20, 2007 at 2:00 p.m.**

Any objections to this order shall be filed within two (2) days.

SO ORDERED.

       s/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

Dated:  March 1, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, March 1, 2007, by electronic and/or ordinary mail.

       s/Julie Owens
       Case Manager, (313) 234-5160

S:\LORI\Cases\Honeywell\Scheduling Order 2.wpd